UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

BERKSHIRE FASHIONS, INC.,

                            Plaintiff,

  -against-

ZULILY, INC.,

                            Defendant.

-------------------------------------------------------------------x

15 Civ. 04233

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and an answer or motion for summary judgment not having been filed, plaintiff is hereby voluntarily discontinuing this action. This notice may be filed without further notice with the Clerk of the Court.

Dated:   New York, New York
          July 2, 2015

                                     JAROSLAWICZ & JAROS PLLC
                                     Attorneys for Plaintiff
                                     225 Broadway, 24th Floor
                                     New York, New York 10007
                                     (212) 227-2780

                                     By: _____
                                        David Jaroslawicz

SO ORDERED:

_____
  U.S.D.J.