UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-15
```

BERKSHIRE FASHIONS, INC.,

                    Plaintiff,

   -v-

ZULILY, INC.,

                    Defendant.

No. 15-cv-4233 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On July 2, 2015, Plaintiff informed the Court that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it "is hereby voluntarily discontinuing this action." (Doc. No. 7.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      July 6, 2015
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE